1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

FELICIA RICHARD,

                            Plaintiff,

v.

WAL-MART ASSOCIATES, INC.,

                            Defendant.

Case No.:  23-cv-1056-JO-KSC

**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE [Doc. No. 9]**

18
19
20
21
22
23
24
25
26
27
28

The Joint Motion is **GRANTED** for good cause shown. the Early Neutral Evaluation and Case Management Conference currently set for July 13, 2023, at 2:00 p.m. before Magistrate Judge Crawford are **VACATED and RESET** for **July 25, 2023** at **2:00 p.m.**

The parties must hold their Rule 26(f) conference on or before **July 11, 2023**, if they have not done so already. The deadline to file a joint discovery plan, lodge settlement statements, and email conference participant information to the Court is **July 18, 2023**.

The Court's Notice and Order [Doc No. 4] remains otherwise in effect.

////

////

////

1

23-cv-1056-JO-KSC

1     **IT IS SO ORDERED**

2 Dated:  June 28, 2023

3

4                        Hon. Karen S. Crawford
                       United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

23-cv-1056-JO-KSC